**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN TURNER,

    Plaintiff,

vs.

HIGH DESERT STATE PRISON, *et al.*,

    Defendants.

Case No. 2:13-cv-01740-JAD-VCF

**ORDER**

    This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On January 10, 2014, the court entered an order screening the complaint and imposing a 90-day mediation stay. (Doc. 14). The screening order specified that: "During this ninety-day stay period, no other pleadings or papers shall be filed in this case, and the parties shall not engage in any discovery." (Doc. 14, at p. 4).

    Plaintiff has filed several motions in this action. Plaintiff has filed a motion entitled "motion for legal question." (Doc. 4). Plaintiff is hereby informed that the Court is unable to give legal advice to litigants.

    Plaintiff has filed a motion for summary judgment. (Doc. 7). Plaintiff's motion is premature and is denied without prejudice on that basis.

    Plaintiff has filed a motion for forms. (Doc. 9). Plaintiff claims to need the forms for his

1  complaint. (*Id.*). The court has screened the complaint and allowed the complaint to proceed. The
2  forms that plaintiff seeks are not required for a federal civil rights complaint. Moreover, the Court
3  suspects that the forms sought by plaintiff are not federal complaint forms, because they do not
4  correspond to any form numbers of which this Court is aware. Plaintiff's motion for forms is denied.
5       Plaintiff has filed a motion to enter a "Rule 409" grievance concerning funds in his prison
6  inmate account. (Doc. 10). Apparently plaintiff's motion refers to Nevada Department of
7  Corrections Administrative Regulation 409. Plaintiff's motion is denied as inappropriate. To the
8  extent that plaintiff seeks to file a grievance within the prison system concerning funds in his inmate
9  account, he may do so by contacting the appropriate Department of Corrections officials.
10      Plaintiff has filed a "motion to file and admit documents." (Doc. 11). First, there are no
11 documents attached to plaintiff's motion. Second, the Court does not require the submission of
12 evidence at this juncture. Plaintiff's motion is denied.
13      Plaintiff has filed a motion for discovery. (Doc. 13). Plaintiff's motion does not pertain to
14 discovery and is not a motion to compel. Further, the screening order specifies that no discovery
15 proceedings may take place until the 90-day stay has expired. Plaintiff's motion is denied.
16 However, to the extent that plaintiff's motion seeks a copy of the docket in this action, the Court will
17 direct the Clerk of Court to send plaintiff a current docket printout.
18      **IT IS THEREFORE ORDERED** that plaintiff's motions at **Doc. 4, 7, 9, 10, 11, and 13 are**
19 **DENIED.**
20      **IT IS FURTHER ORDERED** that **the Clerk of Court SHALL SEND** plaintiff a printout
21 of the current CM/ECF docket in this case.
22      **IT IS FURTHER ORDERED** that **plaintiff shall submit no further motions or**
23 **documents during the 90-day mediation stay**. Plaintiff is hereby cautioned that any motions or
24 documents filed during this stay will be stricken as fugitive documents.
25      Dated this 14th day of January, 2014.
26
                                        _____
                                        UNITED STATES DISTRICT JUDGE