**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN TURNER,         ) | |
|                     ) | |
|     Plaintiff,      ) | Case No. 2:13-cv-01740-JAD-VCF |
|                     ) | |
| vs.                 ) | |
|                     ) | **ORDER** |
| HIGH DESERT STATE PRISON, *et al.*, ) | |
|                     ) | |
|     Defendants.     ) | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On January 10, 2014, the court entered an order screening the complaint, allowing the complaint to proceed, and imposing a 90-day mediation stay. (Doc. 14). The screening order specified that: "During this ninety-day stay period, no other pleadings or papers shall be filed in this case, and the parties shall not engage in any discovery." (Doc. 14, at p. 4). By order filed January 14, 2014, the Court denied several motions filed by plaintiff and ordered that plaintiff shall submit no further motions or documents during the 90-day mediation stay. (Doc. 16).

Plaintiff has filed a request for the production of documents. (Doc. 17). Plaintiff is informed that discovery requests are not to be filed with the Court, but are served on the opposing party. The request for the production of documents shall be stricken.

Plaintiff has also filed a second motion for leave to proceed *in forma pauperis*. (Doc. 20). By order filed January 10, 2014, the Court deferred its decision on plaintiff's first motion to proceed

*in forma pauperis* until after the 90-day-stay period. (Doc. 14). Plaintiff's second motion for leave to proceed *in forma pauperis* (Doc. 20) is therefore redundant, unnecessary and moot and is DENIED.

Plaintiff was cautioned in the Court's order of January 14, 2014, that he shall submit no further motions or documents during the 90-day mediation stay. (Doc. 16). Plaintiff has blatantly disregarded this Court's order. The Court will strike any further motions, pleadings, or documents filed by plaintiff during the 90-day mediation stay.

**IT IS THEREFORE ORDERED** that plaintiff's request for the production of documents (Doc. 17) is **STRICKEN** as an inappropriately filed discovery request.

**IT IS FURTHER ORDERED** that plaintiff's second motion for leave to proceed *in forma pauperis* (Doc. 20) is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that all further motions, pleadings, or documents filed by plaintiff during the 90-day mediation stay **SHALL BE STRICKEN** by the Court.

Dated this 23rd day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE