**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JOHN TURNER,

        Plaintiff,

vs.

HIGH DESERT STATE PRISON, *et al.,*

        Defendants.

2:13-cv-01740-JAD-VCF

**MINUTE ORDER**

Before the Court is Plaintiff's Motion to Deny Motion Defendants' Motion for Extension (#27). (#32).

On April 10, 2014, the Court granted Defendants' Motion to Extend Time (#27). (#28).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Deny Motion Defendants' Motion for Extension (#32) is DENIED as moot.

DATED this 25th day of April, 2014.

                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE