# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

JOHN TURNER,

    Plaintiff,

vs.

HIGH DESERT STATE PRISON, *et al.*,

    Defendants.

2:13-cv-01740-JAD-VCF

**ORDER**

Before the Court is *pro se* Plaintiff's Motion to Extend Prison Copywork Limit. (#49).

**Motion to Extend Prison Copywork Limit**

Plaintiff's Motion seeks an order from the Court to increase his legal photocopy account. Plaintiff states in his motion that he has reached his $100.00 and seeks additional funds. *Id.*

**Discussion**

The right to meaningful access to the courts does not confer a right to free unlimited photocopies. See *Sands v. Lewis*, 886 F.2d 1166 (9th Cir. 1989) (citing *Jones v. Franzen*, 697 F.2d 801, 803 ("[B]road as the constitutional concert of liberty is, it does not include the right to xerox." (7th Cir. 1983)); see also *Wanninger v. Davenport*, 697 F.2d 992, 994 (11th Cir. 1983); *Johnson v. Parke*, 642 F.2d 377, 380 (10th Cir. 1981); *Harrell v. Keohane*, 621 F.2d 1059, 1060-61 (10th Cir. 1980). As noted by Plaintiff, the Nevada Department of Corrections provides $100.00 of free legal copy work to prisoner litigants. Although the Ninth Circuit has not spoken on the issue, courts in other jurisdictions have not allowed plaintiffs proceeding *in forma pauperis* to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need. See, e.g., *Collins v. Goord*, 438 Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker*, 43 F. 3d 1483 (10th Cir. 1994). In this instance, Plaintiff has demonstrated a particularized need for additional funds.

1  IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Prison Copywork Limit (#49) is GRANTED and Plaintiff's fund is increased an additional $30.00.

DATED this 21st day of July, 2014.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE