# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOHN TURNER, | |
| Plaintiff, | 2:13-cv-01740-JAD-VCF |
| vs. | |
| HIGH DESERT STATE PRISON, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is Plaintiff John Turner's request to return copies of his grievance report and orientation booklet. (#64). Plaintiff Turner's request is unclear. Without more information, the court is unable to identify the docket entry that contains copies of his grievance report and orientation booklet. Plaintiff's request is denied without prejudice.

Plaintiff also seeks status on his other case in this court, case number 2:14-cv-00170-JAD-PAL. Any requests regarding status in another case must be filed in that case.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff John Turner's request to return copies of his grievance report and orientation booklet (#64) is DENIED without prejudice.

Dated this 2nd day of September, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE