# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JOHN TURNER,

           Plaintiff,

vs.

HIGH DESERT STATE PRISON, et al.,

           Defendants.

2:13-cv-01740-JAD-VCF

**ORDER**

      Before the court is Plaintiff's Motion for Leave to File an Amended Complaint (#129).  The court has repeatedly ordered that any motions for leave to file an amended complaint must include the completed amended pleading.  Pursuant to Local Rule 15-1(a), [u]nless otherwise permitted by the Court, the moving party shall attached the proposed amended pleading to any motion to amend, so that it will be complete in itself without reference to the superseding pleading. An amended pleading shall include copies of all exhibits referred to in such pleading. Here, plaintiff has failed to attach his amended complaint. Plaintiff's motion is denied.

      Plaintiff has filed a request for the production of documents (#128).  Under Local Rule 26-8, [u]nless otherwise ordered by the Court, written discovery, including responses thereto, and deposition transcripts, shall not be filed with the Court.  Plaintiff is informed that discovery requests are not to be filed with the Court, but are served on the opposing party. The request for the production of documents (#128) is stricken.

      Accordingly,

      IT IS HEREBY ORDERED that Plaintiff's Request for Production of Documents (#128) is STRICKEN.

1      IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File an Amended Complaint
2  (#129) is DENIED.
3      DATED this 1st day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE