UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| John Turner,<br><br>        Plaintiff<br><br>v.<br><br>High Desert State Prison., *et al.*,<br><br>        Defendants | 2:13-cv-01740-JAD-VCF<br><br>**Order Dismissing Case** |

LSR 2-2 requires a plaintiff proceeding with *in forma pauperis*[1] status to immediately update the clerk's office of any change of address:

> The plaintiff shall immediately file with the Clerk written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

Turner was obviously aware of this obligation because he filed a notice of change of address on September, 18, 2015. But since that time, mail sent to the address provided by Turner has been returned as undeliverable,[2] and Turner has provided no new address.

Accordingly, with good cause appearing and no reason for delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is **DISMISSED**. All pending motions are **DENIED** as moot. The Clerk of Court is instructed to **CLOSE THIS CASE.**

Dated this 17th day of November, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[1] Turner was granted IFP status in April 2014.  ECF 31.

[2] ECF 186.