# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| JOHN TURNER, | |
| Plaintiff, | |
| vs. | 2:13-cv-01740-JAD-VCF |
| HIGH DESERT STATE PRISON, *et al.*, | **ORDER** |
| Defendants. | |

Before the Court are Plaintiff John Turner's motion to Receive Up to Date Register of Actions, Docket Sheet (ECF NO. 195), motion for plaintiff to receive document #181 Order and #182 Order (ECF NO. 200), motion for appointment of counsel (ECF NO. 201).

There is no for counsel in this matter since the case is closed.  On November 17, 2015, Judge Dorsey dismissed this case and Judgment was entered.  (ECF NOS. 189 and 190).  Copies of court filings must be obtained through the clerk's office.  The court's schedule of fees is attached.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff John Turner's motion to Receive Up to Date Register of Actions, Docket Sheet (ECF NO. 195), motion for plaintiff to receive document #181 Order and #182 Order (ECF NO. 200), motion for appointment of counsel (ECF NO. 201) are DENIED.

DATED this 5th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

**U.S. DISTRICT COURT - SCHEDULE OF FEES**
**Effective January 1, 2015**

Payment may be made in cash (exact change is required), by check or money order, or by credit card if in person.  Checks and money orders must be made out to: CLERK, U.S. DISTRICT COURT.  A receipt will be provided for each transaction.

CIVIL FILING FEE:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 400.00
    $350 filing fee plus $50 administrative fee; admin fee does not apply to persons granted *in forma pauperis* status under U.S.C. 28 § 1915.

PETITION FOR WRIT OF HABEAS CORPUS:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 5.00

CUBAN LIBERATED CIVIL FILING FEE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 6,355.00
    In addition to the standard $350.00 filing fee for an action brought under Title III of the Cuban Liberty and Democratic Solidarity Act of 1996.

MISCELLANEOUS ACTION FILING FEE:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 46.00
    To file or index any paper not in a case or proceeding for which a case filing fee has been paid; filing a petition to perpetuate testimony; filing of papers by trustees under 28 U.S.C. 754; filing letters rogatory or letters of request.

REGISTERING A FOREIGN JUDGMENT:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 46.00
    To register a judgment from another district pursuant to 28 U.S.C. 1963.

RECORDS SEARCH:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 30.00
    To file a requisition for and certifying the results of a search of court for judgments, decrees, other instruments, and suits pending.  Fee is for each name searched.

CERTIFICATION:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 11.00
    To certify any document or paper, whether the certification is made directly on the document or by separate instrument.

EXEMPLIFICATION.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 21.00

COPYING:.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ .10/.50
    Copies produced from an electronic format are $.10 per page; copies produced from a physical format are $.50 per page.  This fee does not include certification.

LOCAL ATTORNEY ADMISSION:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 200.00
    For admission of a local attorney to practice, includes certificate of admission.

OUT-OF-STATE ATTORNEY ADMISSION:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 250.00
    For admission of attorney not admitted to the Bar of this Court - $250.00 for
    EACH Verified Petition.

CERTIFICATE OF GOOD STANDING:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 18.00
    For a duplicate certificate of admission or a certificate of good standing.

APPEAL TO NINTH CIRCUIT COURT OF APPEALS:. . . . . . . . . . . . . . . . . . . . . . . $ 505.00
    To file an appeal with the Ninth Circuit Court of Appeals. Includes the clerk's
    $5.00 filing fee and the $500.00 court of appeals docketing fee. Fees are to be
    paid at the district court.

POWER OF ATTORNEY:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 46.00
    To file a power of attorney.

RETRIEVAL FROM FEDERAL RECORDS CENTER:. . . . . . . . . . . . . . . . . . . . . . . . $ 64.00*
    *For retrieval of one box of records from the Federal Records Center, National
    Archives, or other storage location removed from the place of business of the
    Court. For retrieval involving multiple boxes, $39 for each additional box.

APPEAL TO DISTRICT JUDGE:.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 37.00
    To file an appeal of a judgment of conviction by a Magistrate Judge in a
    misdemeanor case

RETURNED PAYMENTS:.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 53.00
    For any payment paid into the Court which is returned for lack of funds.

RECORDER CDS:. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 30.00
    For a copy of a tape recorded from court proceedings.

MICROFILM/MICROFICHE OF COURT RECORD .. . . . . . . . . . . . . . . . . . . . . . . . . $ 6.00
    For each microfiche sheet of film or microfilm jacket copy of any court record,
    where available.