UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| John Turner,<br><br>         Plaintiff<br><br>v.<br><br>Nevada Department of Corrections, et al.,<br><br>         Defendants | 2:13-cv-01740-JAD-VCF<br><br>**Order Denying Motion for Court Records**<br><br>[ECF No. 215] |

On August 8, 2016, I revised the dismissal of this action to one without prejudice to pro se plaintiff John Turner's ability to file a new action, ordered this case closed, and denied all other pending motions in this case.[1] One additional motion[2] was not covered by that order. In this motion, Turner asks for an order directing the Clerk of Court to send him a list of dates that his notices of address changes were filed. I deny this motion because Turner has not shown that he is entitled to have the Clerk of Court prepare this information for him for free, and my orders dated November 17, 2015,[3] and August 8, 2016,[4] detail the history of his filings. The court has previously advised Turner that he may obtain this information by paying the court's standard fees for copies of information, and that remains the appropriate route for him to take.[5]

IT IS THEREFORE ORDERED that **Turner's motion for a list of dates of his filings [ECF No. 215] is DENIED.**

DATED: August 24, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 213.

[2] ECF No. 215.

[3] ECF No. 189.

[4] ECF No. 213.

[5] ECF No. 202 at 2.