UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

John Turner,

    Plaintiff

v.

Nevada Department of Corrections, et al.,

    Defendants

2:13-cv-01740-JAD-VCF

**Order Finding that Appeal is Taken in Good Faith and that *in forma pauperis* Status Should Continue on Appeal**

    As a pro se plaintiff who had been granted *in forma pauperis* status, John Turner sued High Desert State Prison, the Nevada Department of Corrections (NDOC), the Nevada Inmate Bank System, and the State of Nevada under 42 U.S.C. § 1983 for civil-rights violations stemming from the alleged theft from and overcharging of Turner's inmate trust account while he was incarcerated.[1] After two months of having documents that had been mailed to Turner returned to the court as undeliverable, I dismissed this case with prejudice under LSR 2-2 for his failure to keep the court apprised of his current address,[2] and the Clerk of Court entered judgment in favor of the defendants and against Turner.[3]

    Five months later, Turner filed the first of three motions seeking relief from the judgment under FRCP 60(b).[4] I granted in part and denied in part Turner's motions for relief under FRCP 60(b), relieving Turner of the with-prejudice effect of the dismissal order, but otherwise leaving that order intact.[5] I did not state in that order whether Turner's *in forma pauperis* status should continue

---

[1] ECF No. 15.

[2] ECF No. 189.

[3] ECF No. 190.

[4] ECF Nos. 194, 198, 205.

[5] ECF No. 213.

on appeal, and the Ninth Circuit has remanded for the limited purpose of having me determine whether that status should continue on appeal. I find that Turner's appeal is taken in good faith and that his IFP status should therefore continue on appeal.[6]  Accordingly,

      IT IS HEREBY ORDERED that Turner may proceed *in forma pauperis* on appeal.

      Dated this 13th day of September

_____
Jennifer A. Dorsey
United States District Judge

---

[6] *See Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).