**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JOHN TURNER,

        Plaintiff,

vs.

HIGH DESERT STATE PRISON, *et al.*,

        Defendants.

2:13-cv-01740-JAD-VCF

**ORDER**

    Before the Court is Plaintiff's Motion for Transcript (ECF No. 222). Plaintiff requests a copy of the screening order (ECF No. 14), up-to-date docket sheet, Order (ECF No. 182), Mail return-ECF No. 183, Mail Return-ECF No. 184, and Order dismissing case (ECF No. 189).

    Plaintiff is reminded that the right to meaningful access to the courts does not confer a right to free unlimited photocopies. *See Sands v. Lewis*, 886 F.2d 1166 (9th Cir. 1989) (*citing Jones v. Franzen*, 697 F.2d 801, 803 ("[B]road as the constitutional concert of liberty is, it does not include the right to xerox." (7thCir. 1983)); *see also Wanninger v. Davenport*, 697 F.2d 992, 994 (11th Cir. 1983); *Johnson v. Parke*, 642 F.2d 377, 380 (10th Cir. 1981); *Harrell v. Keohane*, 621 F.2d 1059, 1060-61 (10th Cir. 1980).

    In light of Plaintiff's appeal (ECF No. 218), the Court of Court is directed to mail Plaintiff a copy of the following documents: (1) the screening order (ECF No. 14), (2) up-to-date docket sheet, (3) Order (ECF No. 182), (4) Mail return-ECF No. 183, (5) Mail Return-ECF No. 184, and (6) Order dismissing case (ECF No. 189).

    DATED this 24th day of October, 2016.

                                                   CAM FERENBACH
                                                   UNITED STATES MAGISTRATE JUDGE