# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JOHN TURNER,

        Plaintiff,

vs.

HIGH DESERT STATE PRISON, *et al.*,

        Defendants.

2:13-cv-01740-JAD-VCF

**ORDER**

    Before the Court is Plaintiff's Motion to Compel (ECF No. 229).  Plaintiff states that the Clerk's Office failed to mail him a copy of the screening order (ECF No. 14), up-to-date docket sheet, Order (ECF No. 182), Mail return-ECF No. 183, Mail Return-ECF No. 184, and Order dismissing case (ECF No. 189). The Clerk's office did mail these copies to Plaintiff; however, mail was returned on October 27, 2016. (ECF No. 225).  Plaintiff has twice updated his address on January 4, 2017 and February 27, 2017.  (ECF No. 226 and 228).  This case is pending appeal.

    Accordingly,

    The Court of Court is directed to mail Plaintiff a copy of the following documents: (1) the screening order (ECF No. 14), (2) up-to-date docket sheet, (3) Order (ECF No. 182), (4) Mail return-ECF No. 183, (5) Mail Return-ECF No. 184, and (6) Order dismissing case (ECF No. 189).

    IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (ECF No. 229) is DENIED as MOOT.

    DATED this 21st day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE